# Exhibit A

Skip to main content  r/h3snark  Search in r/h3snark  Create  

 r/h3snark • 2 hr. ago
bob_bouley  ethan loves talking about poop                                  

# Ethan describes his issues with Hasan as "personal beef…"

 Leftemies

Context: Ethan was defending debating and platforming people with opposing political views (dan bilzerian, etc). Then AB makes this joke and I thought Ethan's response was pretty candid. I guess this hasn't been about antisemitism and it's just a personal beef? He says they don't disagree on things, but quickly corrects himself.



🔒 Locked post. New comments cannot be posted.

 130    1    Share

 therealwemod • Promoted

   Create  

Sign Up

wemod.com



Sort by: Best

 Search Comments

**AutoModerator** MOD • 2h ago • 🔒 •

**Disclaimer**: Alleged Content - Not Affiliated with Ethan or Hila Klein, their crew or employees or the H3 Podcast/H3 Show with Ethan Klein/H3H3Productions/Teddy Fresh/Ted Entertainment or the official h3h3productions subreddit. Information presented here is unverified and should be independently verified. This subreddit operates under US fair use and parody laws. The subreddit and its moderation team do not assume any liability or responsibility for any copyright infringement or other legal issues arising from the content posted by its users. Content violating copyright laws should be reported to the moderators. Doxxing, deliberate misinformation, and harassment are strictly prohibited. Violations will result in a user ban.

*I am a bot, and this action was performed automatically. Please* contact the moderators of this subreddit *if you have any questions or concerns.*

⬆ 1 ⬇      Share     ···