# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Ted Entertainment, Inc. ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Kacey Caviness ;
**County of Residence:** Jackson County

Additional Defendants(s):
Does 1-10 ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

James Kernell ( Ted Entertainment, Inc. )
AVEK IP
7285 W. 132nd St. Ste. 340
Overland Park, Kansas 66213
**Phone:** 9135494700
**Fax:** 9135494646
**Email:** jkernell@avekip.com

Rom Bar-Nissim ( Ted Entertainment, Inc. )
Heah Bar-Nissim
1801 Century Park East, Ste 2400
Los Angeles, California 90067
**Phone:** 3104322836
**Fax:**
**Email:** Rom@HeahBarNissim.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 820 Copyright

**Cause of Action:** Direct Copyright Infringement; Contributory Copyright Infringement

## Requested in Complaint

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** $150,000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ James Kernell

**Date:** June 19, 2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.