IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-459 |
| | ) |
| KACEY CAVINESS p/k/a KACEYTRON, and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES
### (LOCAL RULE 7.1)

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for Plaintiff Ted Entertainment, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Ted Entertainment, Inc. | Plaintiff |
| Kacey Caviness p/k/a Kaceytron | Defendant |

Respectfully submitted,

By: */s/ James J. Kernell*
James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone: 913-549-4700
Facsimile: 913-549-4646
Email: jkernell@avekip.com

Rom Bar-Nissim (*pro hac vice pending*)
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310-432-2836
Email: rom@heahbarnissim.com

*Attorneys for Plaintiff*
*Ted Entertainment, Inc.*