IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> KACEY CAVINESS p/k/a KACEYTRON, an individual, <br><br> and <br><br> DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 4:25-cv-459 |

NOTICE OF LODGING OF FLASH DRIVE
CONTAINING VIDEO EXHIBITS TO COMPLAINT

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Ted Entertainment, Inc. ("TEI") hereby lodges with the Court the following materials in conjunction with its Complaint against defendants Kacey Caviness p/k/a Kaceytron ("Kaceytron") and Does 1-10.

1. A flash drive containing the following exhibits to the Complaint:

    a. **Exhibit D**: The deposit copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*;

    b. **Exhibit E**: The broadcast copy of TEI's copyrighted work entitled *Content Nuke: Hasan Piker*

    c. **Exhibit H**: Kaceytron's January 31, 2025 broadcast.

**PLEASE TAKE FURTHER NOTICE** that the flash drive identical to that described is being served on Kaceytron.

>Respectfully submitted,
>
>By: /s/ *James J. Kernell*
>James J. Kernell, #48850
>AVEK IP, LLC
>7285 West 132nd Street, Suite 340
>Overland Park, Kansas 66213
>Telephone: 913-549-4700
>Facsimile: 913-549-4646
>Email: jkernell@avekip.com
>
>Rom Bar-Nissim (*pro hac vice pending*)
>HEAH BAR-NISSIM
>1801 Century Park East, Suite 2400
>Los Angeles, California 90067
>Telephone: 310-432-2836
>Email: rom@heahbarnissim.com
>
>*Attorneys for Plaintiff*
>*Ted Entertainment, Inc.*