

June 20, 2025

Clerk of the Court
Charles Evans Whittaker U.S. Courthouse
400 East 9th Street, Room 1510
Kansas City, Missouri 64106

      Re:    Ted Entertainment, Inc.
                 v. Kacey Caviness p/k/a Kaceytron and Does 1-10
                 Case No. 4:25-cv-00459-LMC

Dear Clerk:

      As set forth in Plaintiff's Notice of Lodging of Flash Drive Containing Video Exhibits to Complaint (Doc. 3), enclosed is a flash drive containing video Exhibits D, E and H (Docs. 1-4, 1-5 and 1-8, respectively).

                                               Sincerely yours,

                                               AVEK IP, LLC

                                               By: _____
                                                         James J. Kernell

JJK/ljk

Enclosure

James J. Kernell | jkernell@avekip.com | 913.549.4700
AVEK IP, LLC | 7285 West 132nd Street, Ste. 340, Overland Park, KS 66213 | AVEKIP.COM



US POSTAGE
quadient
FIRST-CLASS MAIL
IMI $000.69⁰
06/23/2025 ZIP 66213
043M302267925

SCREENED BY
U.S. MARSHALS



AVEK@
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213

Clerk of the Court
Charles Evans Whittaker U.S. Courthouse
400 East 9th Street, Room 1510
Kansas City, Missouri 64106



RECEIVED
2025 JUN 30 AM 11:42
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KSAS CITY, MO