AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Ted Entertainment, Inc., <br> *Plaintiff(s)* <br> v. <br><br> Kacey Caviness p/k/a Kaceytron; Does 1-10, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:25-cv-459 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kacey Caviness p/k/a Kaceytron
2512 SW Paris Drive
Blue Springs, Missouri 64015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James J. Kernell
AVEK IP, LLC
7285 West 132nd Street, Ste. 340
Overland Park, KS 66213

Rom Bar-Nissim
Heah Bar-Nissim LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/20/2025

*William Grassano*
Signature of Clerk or Deputy Clerk

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Missouri

Case Number: 4:25-CV459

Plaintiff/Petitioner:
**TED ENTERTAINMENT, INC.**

vs.

Defendant/Respondent:
**KACEY CAVINESS p/k/a KACEYTRON, et al.**

Received by HPS Process Service & Investigations to be served on **Kacey Caviness p/k/a Kaceytron, 2512 Southwest Paris Drive, Blue Springs, MO 64015**.

I, CHERYL RICHEY, do hereby affirm that on the **25th day of June, 2025 at 12:31 pm, I:**

**SUBSTITUTE SERVED** the within named person by leaving a true copy of the **Summons in a Civil Action; Complaint for Copyright Infringement; Exhibits A-H; Flash Drive; Certification and Notice of Interested Parties; Notice of Lodging of Flash Drive Containing Video Exhibits to Compliant; Notice of Inclusion in the Mediation and Assessment Program; General Order; and Notice** at the within named person's usual place of abode to a person residing therein who is of suitable age to-wit: **Craig Caviness, Co-Resident/Father**, at the address of 2512 Southwest Paris Drive, Blue Springs, MO 64015 and informing said persons of the contents therein.

**Additional Information pertaining to this Service:**
6/25/2025 12:31 pm  Subserved to Craig Caviness, co-resident and father, at 2512 Southwest Paris Drive, Blue Springs, MO 64015.

Presence of flash drive taped to green paper pointed out to Mr. Craig Caviness.

A copy of the documents were mailed on 6/26/2025 in an envelope marked personal and confidential to Kacey Caviness p/k/a Kaceytron at 2512 Southwest Paris Drive, Blue Springs, MO 64015.  No flash drive was mailed.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.  I declare under penalty of perjury that the foregoing is true and correct.

**CHERYL RICHEY**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2025010600
Ref: 5567.001

Copyright © 1992-2025 DreamBuilt Software, Inc - Process Server's Toolbox V9.0a