IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-00459-LMC |
| | ) |
| KACEY CAVINESS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Stephen M. Hoeplinger, of the law firm Capes, Sokol, Goodman & Sarachan, P.C., enters his appearance in this matter on behalf of Defendant Kacey Caviness.

Respectfully submitted,

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger, MO#62384
8182 Maryland Avenue | Suite 1500
St. Louis, Missouri 63105
314-754-4828 (Phone)
314-754-4829 (Facsimile)
hoeplinger@capessokol.com

*Counsel for Defendant Kacey Caviness*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system on July 10, 2025.

*/s/ Stephen M. Hoeplinger*