IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-CV-00459-BCW |
| | ) |
| KACEY CAVINESS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendant's consent motion for extension of time to answer or otherwise respond to the complaint. (Doc. #11). The Court, being duly advised of the premises, grants said motion.

On June 19, 2025, Plaintiff filed its complaint alleging violations of the Copyright Act. 17 U.S.C. §§ 101. (Doc. #1). On July 14, 2025, Defendant filed the instant motion. (Doc. #11).

Under Fed. R. Civ. P. 6(b), the Court may extend a deadline for good cause. Good cause is determined at the discretion of the Court; "the standard of good cause, like many others in the law, is necessarily amorphous. Whether or not it has been satisfied is largely dependent upon the facts of each individual case." Kurka v. Iowa Cnty, Iowa, 628 F.3d 953, 957 (8th Cir. 2010).

Here, Defendant demonstrated good cause in explaining that they require more time to adequately respond to Plaintiff's allegations. Defendant's motion is granted. Accordingly, it is hereby

ORDERED Defendant's consent motion for extension of time to answer or otherwise respond to the complaint is GRANTED. (Doc. #11). It is further

ORDERED Defendant shall answer or otherwise respond **on or before August 15, 2025.**

IT IS SO ORDERED.

Dated: July 15, 2025         /s/ Brian C. Wimes
                             JUDGE BRIAN C. WIMES
                             UNITED STATES DISTRICT COURT