IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KACEY CAVINESS p/k/a KACEYTRON, an individual, and DOES 1-10,<br><br>Defendants. | Case No.: 4:25-cv-00459-BCW |

**CERTIFICATE OF SERVICE OF DISCOVERY**

The undersigned certifies that on August 26, 2025, copies of (1) Defendant Kacey Caviness' First Request For Production of Documents to Plaintiff Ted Entertainment, Inc.; and (2) Defendant Kacey Caviness' Rule 26(a) Initial Disclosures, were served on counsel for Plaintiff Ted Entertainment, Inc., via electronic mail (rom@heahbarnissim.com; jkernell@abekip.com).

65230.1

Dated: August 26, 2025  Respectfully submitted,

**FROST LLP**

By: */s/ Benjamin Kassis*
Benjamin Kassis, *(Pro Hac Vice)*
ben@frostllp.com
Benjamin Grush, *(Pro Hac Vice)*
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441


**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Stephen M. Hoeplinger*
Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

*Attorneys for Defendant KACEY CAVINESS p/k/a KACEYTRON*