IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

TED ENTERTAINMENT, INC., )
)
Plaintiff, )
)    Case No.4:25-cv-00459-BCW
v. )
)
KACEY CAVINESS p/k/a KACEYTRON, )    JURY TRIAL REQUESTED
and DOES 1-10, )
)
Defendants. )

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of plaintiff Ted

Entertainment, Inc. in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil

Procedure.  The filing party hereby states that it is a California corporation having no stock or

stockholders and is not a publicly owned corporation.  It has no parent companies, subsidiaries,

or affiliates that have issued shares to the public, nor is there any publicly held corporation

owning a 10% or greater interest in plaintiff.

Respectfully submitted,

By: */s/ James J. Kernell*
James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone:  913-549-4700
Facsimile:  913-549-4646
Email:  jkernell@avekip.com

Rom Bar-Nissim (*pro hac vice*)
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:  310-432-2836
Email:  rom@heahbarnissim.com

*Attorneys for Plaintiff Ted Entertainment, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of September, 2025, the foregoing Corporate

Disclosure Statement was electronically filed with the Clerk of the Court to be served by

operation of the Court's electronic filing system upon counsel of record.

*/s/ James J. Kernell*