IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KACEY CAVINESS p/k/a KACEYTRON, an individual, and DOES 1-10,<br><br>Defendants. | Case No.: 4:25-cv-00459-BCW |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned certifies that on September 22, 2025, copies of (1) Defendant Kacey Caviness' Responses to Plaintiff Ted Entertainment, Inc.'s First Set of Requests For Production of Documents; (2) Defendant Kacey Caviness' Responses to Plaintiff Ted Entertainment, Inc.'s First Set of Requests For Admission; and (3) Defendant Kacey Caviness' Responses to Plaintiff Ted Entertainment, Inc.'s First Set of Interrogatories, were served on counsel for Plaintiff Ted Entertainment, Inc., via electronic mail (rom@heahbarnissim.com; jkernell@abekip.com).

Dated: September 22, 2025	Respectfully submitted,

**FROST LLP**

By: */s/ Benjamin Kassis*
Benjamin Kassis, *(Pro Hac Vice)*
ben@frostllp.com
Benjamin Grush, *(Pro Hac Vice)*
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441

**CAPES, SOKOL, GOODMAN & SARACHAN, P.C.**

By: */s/ Stephen Hoeplinger*
Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

***Attorneys for Defendant KACEY CAVINESS p/k/a KACEYTRON***