IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Western Division

| | |
|---|---|
| TED ENTERTAINMENT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 25-0459-CV-W-BCW |
| ) | |
| ) | |
| KACEY CAVINESS, et al., ) | |
| ) | |
| Defendants. ) | |

## DESIGNATION OF NEUTRAL

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: _____John D. Garretson_____

_____ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ____X__ Mediation _____ ADR-O

SESSION DATE AND TIME: _____December 1, 2025 at 10:00 a.m. CDT_____

SESSION LOCATION: _____TBD – the parties agree that mediation may be conducted virtually, and the mediator has indicated that is an available option, but the parties are still discussing whether mediation will be in person or virtual._____

MODE OF SESSION: In person: _____ Virtual: _____ Hybrid _____

Respectfully submitted,

Dated: October 8, 2025

By: /s/ Rom Bar-Nissim

Rom Bar-Nissim (*Pro Hac Vice*)
rom@heahbarnissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, California 90067
(310) 432-2836

James J. Kernell, MO #48850
jkernell@avekip.com
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
(913) 549-4700

*Attorneys for Plaintiff Ted Entertainment, Inc.*

Dated: October 8, 2025

By:

Benjamin Kassis *(Pro Hac Vice)*
ben@frostllp.com
Benjamin Grush *(Pro Hac Vice)*
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441

Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN &
SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

*Attorneys for Defendant Kacey Caviness*