IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TED ENTERTAINMENT, INC., a California corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:25-cv-00459-BCW ) |
| KACEY CAVINESS p/k/a KACEYTRON, an individual, | ) ) ) |
| and | ) ) |
| DOES 1-10, | ) ) |
| Defendants. | ) ) |

**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Ted Entertainment, Inc. ("TEI") and Defendant Kacey Caviness p/k/a Kaceytron ("Caviness"), through their undersigned counsel, hereby (1) stipulate that this action be dismissed as against Caviness without prejudice; and (2) request that the Court retain jurisdiction to enforce the settlement agreement between TEI and Caviness (the "Stipulation"). In further support of this Stipulation, the Parties state:

1. On June 19, 2025, TEI filed the complaint in the present action. Dkt. No. 1.

2. On August 15, 2025, Caviness filed her answer to the complaint in the present action. Dkt. No. 16.

3. On December 1, 2025, TEI and Caviness reached an agreement to settle the present action (the "Settlement Agreement").

4. The Settlement Agreement, although confidential by its terms, includes a

1

provision which remains to be performed.

5.     Thus, as part of the Settlement Agreement, TEI and Caviness agreed to stipulate to dismissal as set forth herein but also to request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the Parties: (1) stipulate that this action as against Defendant Kacey Caviness p/k/a Kaceytron be dismissed without prejudice; and (2) request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

///

Respectfully submitted,

DATED: December 2, 2025

By: /s/Rom Bar-Nissim
Rom Bar-Nissim (*admitted pro hac vice*)
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310-432-2836
Email: rom@heahbarnissim.com

James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone: 913-549-4700
Facsimile: 913-549-4646
Email: jkernell@avekip.com

*Attorneys for Plaintiff*
*Ted Entertainment, Inc.*


DATED: December 2, 2025

By: /s/Benjamin Kassis
Benjamin Kassis (Pro Hac Vice)
ben@frostllp.com
Benjamin Grush, (Pro Hac Vice)
bgrush@frostllp.com
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
(424) 254-0441

Stephen M. Hoeplinger, MO #62384
hoeplinger@capessokol.com
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.
8182 Maryland Avenue, Suite 1500
St. Louis, Missouri 63105
(314) 754-4828

*Attorneys for Defendant KACEY CAVINESS p/k/a KACEYTRON.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system on December 2, 2025.

/s/ Rom Bar-Nissim