IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-0459-CV-W-BCW |
| | ) |
| KACEY CAVINESS | ) |
| P/K/A KACEYTRON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Having been notified of the settlement in this case with Defendant Kacey Caviness p/k/a Kaceytron only, and it appearing that no issue remains for the Court's determination with respect to the claims with Defendant Kacey Caviness p/k/a Kaceytron, it is hereby

ORDERED that this case is DISMISSED without prejudice as to Defendant Kacey Caviness p/k/a Kaceytron only. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

DATED: December 8, 2025

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT