IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| TED ENTERTAINMENT, INC., a California corporation, Plaintiff, | ) | |
| v. | ) | Case No. 4:25-cv-00459-BCW |
| KACEY CAVINESS p/k/a KACEYTRON, an individual, and DOES 1-10, Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that Plaintiff Ted Entertainment, Inc. ("TEI") files this Notice of Voluntary Dismissal of its claims against the Doe defendants without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Voluntary Dismissal is begin filed with the Court before service by the Doe defendants of either an answer or motion for summary judgment.

Respectfully submitted,

DATED: September 30, 2026

By: /s/Rom Bar-Nissim
Rom Bar-Nissim (*admitted pro hac vice)*
HEAH BAR-NISSIM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310-432-2836
Email: rom@heahbarnissim.com

James J. Kernell, #48850
AVEK IP, LLC
7285 West 132nd Street, Suite 340
Overland Park, Kansas 66213
Telephone: 913-549-4700
Facsimile: 913-549-4646
Email: jkernell@avekip.com

*Attorneys for Plaintiff*
*Ted Entertainment, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on all counsel of record via the Court's CM/ECF system on September 30, 2026.

/s/ Rom Bar-Nissim